UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BENSON NJUGUNA (A203600958)** | **CASE NO. 6:20-CV-01051 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **CHAD WOLF, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus, Rec. Doc. 6, is **DENIED** as duplicative, and all pending motions in this case are **DISMISSED** as moot.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of October, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE